

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-17-00142-CR

JAMES HAROLD MOON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CR-16-26034

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Attorney David K. Hoel was apparently retained to represent Appellant James Harold Moon before the trial court in this matter. After the trial was completed, Hoel filed a notice of appeal on Moon's behalf, making Hoel attorney of record before this Court. Currently pending before this court is a motion to substitute counsel filed by attorney Jeromie Oney. Oney represents in his motion that he has been retained to represent Moon on appeal and asks that he be substituted for Hoel as counsel of record in this matter. For the reasons set forth below, we have considered and hereby grant Oney's motion.

When an appellant who is represented on appeal by counsel later retains different counsel, Rule 6.5(d) establishes the proper procedure for accomplishing the withdrawal and substitution. TEX. R. APP. P. 6.5(d). Under Rule 6.5, counsel of record—Hoel in this case—is required to file a motion to withdraw before newly retained counsel may be substituted. *Id.* The actions taken for the purpose of substituting Oney for Hoel as appellate counsel of record in this matter fail to satisfy the procedural requirements established by Rule 6.5. *See id.*

However, as the Seventh Court of Appeals has aptly noted, "The purpose of Rule 6.5 is to insure that a party not be unwittingly left unrepresented before an appellate court." *Medlock v. State*, No. 07-15-00359-CR, 2015 WL 6939196, at *1 (Tex. App.—Amarillo Nov. 9, 2015, order) (not designated for publication) (discussing procedure established by Rule 6.5 of Texas Rules of Appellate Procedure for withdrawing and substituting counsel on appeal). Consequently, we have reviewed the circumstances as represented in Oney's motion to substitute counsel and are comfortable that Moon has received the protection that Rule 6.5 was meant to provide. Further,

2

Moon is free to retain counsel of his choosing.  We, therefore, in the interests of justice and judicial economy, (1) utilize Rule 2 of the Texas Rules of Appellate Procedure to suspend the requirement that Hoel file a motion to withdraw and (2) grant the motion to substitute Oney for Hoel as attorney of record in this appeal.  *See* TEX. R. APP. P. 2, 6.5.  Oney is now appellate counsel of record in this matter.

IT IS SO ORDRED.

BY THE COURT

Date:   August 1, 2017